# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **MONA ZARIFPOUR and**<br>**RAHMATOLLAH ZARIFPOUR,**<br><br>*Plaintiffs*,<br>v.<br><br>**ANTONY J. BLINKEN; ALEJANDRO MAYORKAS; UR M. JADDOU, EMBASSY OF THE UNITED STATES, ANKARA, TURKEY; JEFFRY L. FLAKE; and JAYNE HOWELL,**<br><br>*Defendants*. | No. 3:24-cv-00253-LS |

## ORDER DISMISSING CASE

Upon consideration of Plaintiffs' Notice of Voluntary Dismissal, the Court **DISMISSES** this action without prejudice. In connection therewith, the Clerk's Office shall **CLOSE** the case.

**SO ORDERED.**

**SIGNED** and **ENTERED** on November 27, 2024.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**